**Alvaro J. RUIZ, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7106.

United States Court of Appeals, Federal Circuit.

Feb. 14, 2012.

Ronald L. Smith, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of

Washington, DC, argued for claimant-appellant. Of counsel were Aaron Parker; and Virginia L. Carron and Armon Shahdadi, of Atlanta, Georgia.

Scott D. Austin, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee. Of counsel on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were David J. Barrans, Deputy–Assistant General Counsel and Jonathan E. Taylor, Attorney, United States Department of Veterans Affairs, of Washington, DC.

LINN, DYK, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED. *See Fed. Cir. R. 36.***